FOR PUBLICATION

FILED

UNITED STATES COURT OF APPEALS

JUL 8 2024

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

ESTATE OF DANIEL HERNANDEZ, by and through successors in interest, Manuel Hernandez, Maria Hernandez and M.L.H.; MANUEL HERNANDEZ, individually; MARIA HERNANDEZ, individually,

       Plaintiffs-Appellants,

 and

M.L.H., a minor, by and through her guardian ad litem Claudia Sugey Chavez,

       Plaintiff,

  v.

CITY OF LOS ANGELES; LOS ANGELES POLICE DEPARTMENT; TONI MCBRIDE,

       Defendants-Appellees.

No. 21-55994

D.C. Nos. 2:20-cv-04477-SB-KS
          2:20-cv-05154-DMG-KS

**ORDER**

M.L.H., a minor, by and through her guardian ad litem Claudia Sugey Chavez,

       Plaintiff-Appellant,

 and

ESTATE OF DANIEL HERNANDEZ, by and through successors in interest, Manuel Hernandez, Maria Hernandez and M.L.H.; MANUEL HERNANDEZ, individually; MARIA HERNANDEZ, individually,

       Plaintiffs,

  v.

No. 21-55995

D.C. Nos. 2:20-cv-04477-SB-KS
          2:20-cv-05154-DMG-KS

CITY OF LOS ANGELES; LOS ANGELES
POLICE DEPARTMENT; TONI
MCBRIDE,

                  Defendants-Appellees.

**MURGUIA**, Chief Judge:

Upon the vote of a majority of nonrecused active judges, it is ordered that this case be reheard en banc pursuant to Federal Rule of Appellate Procedure 35(a) and Circuit Rule 35-3. The three-judge panel opinion is vacated.

Judge Ikuta did not participate in the deliberations or vote in this case.